## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | | |
|---|---|---|
| RUBEN MORALES GARCIA, | ) | No. CV 13-7475-BRO (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: August 20, 2014

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE